IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAN H.C. GOODWIN,**

    **Plaintiff**

v.                                        No. 1:21-cv-00483-JHR-KK

**GOVERNOR MICHELLE LUJAN GRISHAM,**
individually and as Governor of the State of New Mexico;
**STATE OF NEW MEXICO, STATE OF NEW MEXICO
OFFICE OF THE GOVERNOR; NEW MEXICO STATE
DEPARTMENT OF FINANCE AND ADMINISTRATION (DFA);
DEBORAH K. ROMERO,** individually and as Cabinet Secretary
of DFA; **NEW MEXICO STATE RISK MANAGEMENT
DIVISION (NMRMD); MARK TYNDALL,** individually and as
Director of NMRMD; **NEW MEXICO EDUCATIONAL RETIREMENT
BOARD (NMERB); RUSSELL GOFF, LARRY MAGID,
MARY LOU CAMERON, DONALD DUSZYNSKI, RYAN STEWART** and
**ADAN DELGADO, TIM EICHENBERG** and **STEPHANIE M. RODRIGUEZ**
individually and as Trustees of the NMERB; **STEVEN GLUCKSTERN,**
individually and as former Trustee of the NMERB; and **YET-TO-BE-IDENTIFIED
CO-CONSPIRATORS, ENABLERS AND/OR AGENTS,**

    **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND STAY EXISTING MOTIONS TO DISMISS RESPONSE/REPLY DEADLINES

THIS MATTER, having come before the Court on Defendants Governor Michelle Lujan Grisham, State of New Mexico, Office of the Governor, New Mexico Department of Finance and Administration, Deborah K. Romero, Risk Management Division of the State of New Mexico General Services Department, and Mark Tyndall's Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Leave to File a Second Amended Complaint and Stay Existing Motions to Dismiss Response/Reply Deadlines is well taken and shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Defendants Governor Michelle Lujan Grisham, State of New Mexico, Office of the Governor, New Mexico Department of Finance and Administration, Deborah K. Romero, Risk Management Division of the State of New Mexico General Services Department, and Mark Tyndall's deadline to file a Reply in support of their Motion for Judgment on the Pleadings [Doc. 17] shall be stayed pending the resolution of Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. 36]; and

2. Defendants Governor Michelle Lujan Grisham, State of New Mexico, Office of the Governor, New Mexico Department of Finance and Administration, Deborah K. Romero, Risk Management Division of the State of New Mexico General Services Department, and Mark Tyndall shall have until December 20, 2021 to file their response to Plaintiff's Motion for Leave to File a Second Amended Complaint [Doc. 36].

IT IS SO ORDERED.

_____
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE